IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOLOMON FARR,

    Plaintiff,                     No. CIV S-08-2974 GGH

   vs.

SOLANO COUNTY,

    Defendant.                  ORDER

_____/

        By order filed January 29, 2009, the court granted plaintiff thirty days to file an amended complaint. In the January 29th order, the court informed plaintiff of the deficiencies in his complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        For the reasons given in the January 29, 2009, order, IT IS HEREBY ORDERED that this action is dismissed with prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: March 30, 2009

                                            /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:035
farr2974.fta

1